UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FA'JON GREEN,

        Plaintiff,

   v.

SAN MATEO COUNTY, et al.,

        Defendants.

Case No. 22-cv-00768 BLF (PR)

**ORDER OF DISMISSAL**

Plaintiff Mr. Fa'jon Green filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against San Mateo County, the San Mateo County Sheriff's Department, Sheriff Carlos G. Bolanos, and various officers. Dkt. No. 1 at 2. On June 17, 2022, the Court dismissed the complaint with leave to amend to attempt to correct several deficiencies in the pleading. Dkt. No. 7. Plaintiff was directed to file an amended complaint within twenty-eight days from the date the order was filed and advised that failure to respond would result in the dismissal of the action with prejudice for failure to state a claim without further notice to Plaintiff. *Id.* at 8.

The deadline, July 15, 2022, has long since passed, and Plaintiff has failed to file an amended complaint in the time provided. Accordingly, this action is **DISMISSED** with prejudice for failure to state a claim.

**IT IS SO ORDERED.**

**Dated: __August 2, 2022_____**

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.22\00768Green_dism(no compl)