# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FA'JON GREEN,

      Plaintiff,

  v.

SAN MATEO COUNTY, et al.,

      Defendants.

Case No. 22-cv-00768 BLF (PR)

**JUDGMENT**

    The Court has dismissed the instant civil rights action with prejudice for failure to state a claim. Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

**Dated:** __August 2, 2022_____

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.22\00768Green_judgment